IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIERRE LEBON HOFFMAN,<br><br>　　　Plaintiff,<br><br>　　　v<br><br>M.S. EVANS, WARDEN et al.,<br><br>　　　Defendants. | Case No C 06-2248 JW<br><br>REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING |

A settlement conference in this matter was held on November 6, 2007. The results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

☒ Plaintiff

☐ Warden or warden's representative

☒ Office of the California Attorney General

☒ Other: California Department of Corrections and Rehabilitation

1  (2)	The following individuals, parties, and/or representatives did not appear:
2  (3)	The outcome of the proceeding was:
3  ☐ The case has been completely settled.
4  ☐ The case has been partially resolved and, on or before
5  _____, counsel for defendants shall file a joint stipulation specifying
6  those claims which have been resolved and those that remain to be resolved by the Court.
7  ☐ The parties agree to an additional follow up settlement on _____.
8  ☒ The parties are unable to reach an agreement at this time.

Date:  11/14/07

_____
Nandor J Vadas
United States Magistrate Judge

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOFFMAN | No. C 06-2248 JW |
| v. | CERTIFICATE OF SERVICE |
| EVANS | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 11/14/07, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**Pierre L. Hoffman**
P22734
Salinas Valley State Prison
PO Box 1050
Soledad, CA 93960-1050

RICHARD W. WIEKING, CLERK

By: /s/_____
Deputy Clerk

3