IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIERRE LEBON HOFFMAN,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>DR. CHARLES LEE,<br><br>　　　　　Defendant. | )<br>)　No. C 06-02248 JW (PR)<br>)<br>)　ORDER APPOINTING COUNSEL<br>)<br>)<br>)<br>)<br>)<br>) |

　　　The plaintiff having requested and being in need of counsel to assist him/her in this matter, and volunteer attorneys willing to be appointed to represent plaintiff having been located by the court,

　　　IT IS HEREBY ORDERED THAT: William H. Orrick, III, of the law firm Coblentz, Patch, Duffy & Bass, LLP, One Ferry Building, Suite 200, San Francisco, CA, are appointed as counsel for plaintiff in this matter pursuant to 28 U.S.C. § 1915(e)(1) and the court's Federal Pro Bono Project guidelines.

　　　A status conference is set in this matter for September 29, 2008, at 11:00 a.m. to set pretrial and trial dates. The parties are instructed to file a Status Conference Statement, pursuant to Civil L.R. 16-9, 10 days prior to the conference. The stay of this matter shall remain in effect until four weeks from the date this order is filed.

　　　The clerk shall serve Mr. Orrick, as well as the parties, with a copy of this order, and shall update the docket sheet in this matter to reflect plaintiff's new counsel.

DATED: July 24, 2008

JAMES WARE
United States District Judge

Order Appointing Counsel
P:\PRO-SE\SJ.JW\CR.06\Hoffman02248_apt.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

PIERRE LEBON HOFFMAN,

        Plaintiff,

  v.

DR. CHARLES LEE,

        Defendant.

Case Number: CV06-02248 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on  8/6/2008 , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Pierre L. Hoffman P-22734
Salinas Valley State Prison
P. O. Box 1050
Soledad, CA 93960-1050

Dated:  8/6/2008

        Richard W. Wieking, Clerk
        /s/ By: Elizabeth Garcia, Deputy Clerk