EDMUND G. BROWN JR.
Attorney General of the State of California
PAUL T. HAMMERNESS
Supervising Deputy Attorney General
TROY B. OVERTON
Deputy Attorney General, State Bar No. 171263
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5500
Facsimile: (415) 703-5480
E-mail: Troy.Overton@doj.ca.gov

Attorneys for CHARLES D. LEE, JR., M.D.

(additional counsel on signature page)

*IT IS SO ORDERED AS MODIFIED*
*/s/ James Ware*
*Judge James Ware*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| PIERRE LEBON HOFFMAN,<br><br>Plaintiff,<br><br>v.<br><br>DR. CHARLES LEE,<br><br>Defendant. | Case No. C 06-02248 JW (PR)<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND HEARING DATE ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT PURSUANT TO LOCAL RULE 7-7(a)<br><br>Judge: Honorable James Ware |

## STIPULATION

Pursuant to Civil Local Rule 7-7(a), Defendant Charles D. Lee, M.D. and Plaintiff Pierre Lebon Hoffman, by and through their respective counsel of record, stipulate and agree as follows:

WHEREAS, no trial date is currently set in this case;

WHEREAS, the hearing date on Defendant's motion for summary judgment is currently scheduled for June 15, 2009;

WHEREAS, Plaintiff's deadline for filing an opposition to Defendant's motion for summary judgment has not yet lapsed;

WHEREAS, Plaintiff has not yet filed an opposition to Defendant's motion to summary judgment;

1   WHEREAS, Defendant and third party witnesses continue to produce documents responsive to Plaintiff's discovery requests, and recent deposition testimony has indicated that Defendant and other third parties may have additional responsive documents that have not yet been produced;

WHEREAS, despite Plaintiff's repeated efforts to obtain their testimony, two critical third party witnesses with percipient knowledge of the facts of this case have ignored properly served subpoenas and/or evaded service throughout the discovery period, which has impaired Plaintiff's ability to obtain key discovery, one of them having been deposed only yesterday in Los Angeles, and the other having evaded multiple daily attempts at service at home, at her former place of business and at her newly-discovered place of business;

WHEREAS, the documents that are currently being produced, and the depositions of the witnesses who have been evading service, are vital to Plaintiff's ability to satisfactorily respond to Defendant's motion for summary judgment;

WHEREAS, extending the hearing date on Defendant's motion for summary judgment by three weeks will not alter any other court dates set in this matter;

NOW, THEREFORE, THE PARTIES AGREE AND STIPULATE as follows:

1.   The hearing date on Defendant's motion for summary judgment shall be extended from June 15, 2009, to July 6, 2009, or a hearing date at the convenience of the Court.

2.   Plaintiff's opposition and Defendant's reply to the motion for summary judgment shall be filed in accordance with Rule 56 and Civil Local Rules 7-3 and 56-1 in reference to the new hearing date.

3.   Nothing in this Stipulation shall waive Plaintiff's right to seek relief pursuant to Rule 56(f), should the discovery described above remain outstanding despite Plaintiff's diligence.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | DATED: May 20, 2009 | EDMUND G. BROWN JR.<br>ATTORNEY GENERAL OF THE STATE OF CALIFORNIA |
| 2 | | |
| 3 | | PAUL T. HAMMERNESS<br>Supervising Deputy Attorney General |
| 4 | | |
| 5 | | By:      /s/<br>       TROY B. OVERTON<br>       Deputy Attorney General |
| 6 | | |
| 7 | | Attorneys for Defendant<br>CHARLES D. LEE, JR., M.D. |
| 8 | DATED: May 20, 2009 | COBLENTZ, PATCH, DUFFY & BASS LLP |

By:      /s/
       MARIO A. MOYA

Attorneys for Plaintiff
PIERRE LEBON HOFFMAN

**IT IS SO ORDERED.**  The Court also continues the Preliminary Pretrial Conference currently set for June 29, 2009 to **July 6, 2009 at 11 a.m.** to coincide with the hearing on the Motion, which is at **9 a.m.**

DATED: May 21, 2009

By:   /s/ James Ware
      Hon. JAMES WARE
      United States District Judge
      Northern District of California

13563.001.1142733v1                             3                         Case No. C 06-02248 JW (PR)

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE
ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

<u>ATTESTATION PER GENERAL ORDER 45, § X.B.</u>

I hereby attest that Mario A. Moya, counsel for Plaintiff, concurs in the filing of this document, and that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

DATED: May 20, 2009

EDMUND G. BROWN JR.
ATTORNEY GENERAL OF THE STATE OF CALIFORNIA

PAUL T. HAMMERNESS
Supervising Deputy Attorney General

By:   /s/
TROY B. OVERTON
Deputy Attorney General

Attorneys for Defendant
CHARLES D. LEE, JR., M.D.

13563.001.1142733v1                    4                    Case No. C 06-02248 JW (PR)

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE
ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**