*IT IS SO ORDERED AS MODIFIED*
*/s/ James Ware*
Judge James Ware

EDMUND G. BROWN JR.
Attorney General of the State of California
PAUL T. HAMMERNESS
Supervising Deputy Attorney General
TROY B. OVERTON
Deputy Attorney General, State Bar No. 171263
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5500
Facsimile: (415) 703-5480
E-mail: Troy.Overton@doj.ca.gov

Attorneys for CHARLES D. LEE, JR., M.D.

(additional counsel on signature page)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| PIERRE LEBON HOFFMAN, | Case No. C 06-02248 JW NJV |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT'S DEADLINE TO FILE REPLY TO OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| DR. CHARLES LEE, | |
| Defendant. | Judge: Honorable James Ware |

**STIPULATION**

Pursuant to Civil Local Rules 6-2 and 7-3, Defendant Charles D. Lee, M.D. and Plaintiff Pierre Lebon Hoffman, by and through their respective counsel of record, stipulate and agree as follows:

WHEREAS, no trial date is currently set in this case;

WHEREAS, on January 27, 2009, Defendant filed a motion for summary judgment which was originally set to be heard on March 23, 2009;

WHEREAS, pursuant to prior stipulations and Court orders to allow for additional discovery, the hearing on Defendant's motion for summary judgment was ultimately continued to July 6, 2009;

1   WHEREAS, on June 11, 2009, plaintiff filed an unopposed motion for leave to file an opposition to the motion for summary judgment in excess of the Court's page limit;

3   WHEREAS, on June 15, 2009, Plaintiff filed his opposition to Defendant's motion for summary judgment which included a thirty (30) page memorandum in opposition, an eleven (11) page objection to evidence, and three supporting declarations which included seventy-six (76) separate exhibits and totaled 526 pages;

7   WHEREAS, Defendant does not object to the length of Plaintiff's opposition;

8   WHEREAS, Defense counsel represents that an additional seven (7) days is needed in order to have sufficient time to respond to the issues raised in Plaintiff's opposition; and

10   WHEREAS, extending the deadline for filing of Defendant's reply will not alter any set Court dates in this matter;

12   NOW, THEREFORE, THE PARTIES AGREE AND STIPULATE as follows:

13   Defendant's deadline to file a reply brief to Plaintiff's opposition to Defendant's motion for summary judgment shall be extended from June 22, 2009 to June 29, 2009.

15   **IT IS SO STIPULATED.**

17   DATED: June 18, 2009          EDMUND G. BROWN JR.
                                   ATTORNEY GENERAL OF THE STATE OF
                                   CALIFORNIA

                                   PAUL T. HAMMERNESS
                                   Supervising Deputy Attorney General

                                   By:      /s/
                                         TROY B. OVERTON
                                         Deputy Attorney General

                                   Attorneys for Defendant
                                   CHARLES D. LEE, JR., M.D.

1  DATED: June 18, 2009                    COBLENTZ, PATCH, DUFFY & BASS LLP

3                                          By:     /s/
                                                Mario A. Moya, Esq.

                                                Attorneys for Plaintiff
5                                               PIERRE LEBON HOFFMAN

10     **PURSUANT TO STIPULATION, IT IS SO ORDERED AS MODIFIED:**

11   Defendants' shall file their Reply brief on or before **June 25, 2009 at 9 a.m.**

12  DATED: June 23, 2009

14                                         By:  _James Ware_
                                                Hon. JAMES WARE
15                                              United States District Judge
                                                Northern District of California