IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pierre L. Hoffman,<br><br>    Plaintiff,<br><br>        v<br><br>M.S. Evans,<br><br>    Defendants. | Case No C06-2248 JW (NJV)<br><br>REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING |

A settlement conference in this matter was held on September 23, 2009. The results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

  ☒  Plaintiff -Julia D. Greer, Esq.

  ☐ Warden or warden's representative

  ☒ Office of the California Attorney General -Troy Overton

  ☒ Other: California Department of Corrections and Rehabilitation - Alan Sobel

United States District Court
For the Northern District of California

(2) The following individuals, parties, and/or representatives did not appear:

(3) The outcome of the proceeding was:

☐ The case has been completely settled.

☐ The case has been partially resolved and, on or before _____, counsel for defendants shall file a joint stipulation specifying those claims which have been resolved and those that remain to be resolved by the Court.

☒ The parties agree to an additional follow up settlement. Case did not settle, parties agree to a further settlement conference 30 days after Court rules on the parties expert witness motions.

☐ The parties are unable to reach an agreement at this time.

Date:  October 20, 2009

_____
Nandor J Vadas
United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIERRE LEBON HOFFMAN et al, | Case Number: CV06-02248 JW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| M.S. EVANS et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 20, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Julia D. Greer
Mario Alberto Moya M
William Horsley Orrick
Coblentz, Patch, Duffy & Bass
One Ferry Building, Suite 200
San Francisco, CA 94111-4213

Kay Keeching Yu
Troy Bentley Overton
State Attorney General's Office
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-3664

Dated: October 20, 2009

Richard W. Wieking, Clerk
By: Lashanda Scott, Deputy Clerk