JULIA D. GREER (State Bar No. 200479)
JONATHAN M. ELDAN (State Bar No. 222178)
MARIO A. MOYA (State Bar No. 262059)
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: 415.391.4800
Facsimile:  415.989.1663
Email:   ef-jdg@cpdb.com
         ef-jme@cpdb.com
         ef-mam@cpdb.com

Attorneys for Plaintiff
PIERRE LEBON HOFFMAN

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| PIERRE LEBON HOFFMAN,<br><br>        Plaintiff,<br><br>    v.<br><br>DR. CHARLES LEE,<br><br>        Defendant. | Case No. C 06-02248 JW (PR)<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR DEPOSITION OF DEFENDANT'S REBUTTAL EXPERT**<br><br>Judge: Honorable James Ware |

Pursuant to Civil Local Rule 6-2, Plaintiff Pierre Lebon Hoffman and Defendant Charles D. Lee, M.D., by and through their respective counsel of record, stipulate and agree as follows:

WHEREAS, on October 2, 2009, the parties Stipulated to a revised modified case schedule, entered by the Court as Docket No. 97, setting, among other things, the following dates:

(i) Disclosure of Defendant's Rebuttal Expert and Rebuttal Expert Report, October 16, 2009;

(ii) Plaintiff's Motion to Exclude the Rebuttal Expert or Portions of the Rebuttal Expert Report, November 9, 2009;

(iii) Hearing Date on Plaintiff's Motion to Exclude the Rebuttal Expert or Portions of the Rebuttal Expert Report, December 14, 2009; and

1  (iv) Deadline for Plaintiff To Depose Defendant's Rebuttal Expert, December 18, 2009.

2  WHEREAS, in addition, the parties stipulated that they would contact Judge Nandor J. Vadas to schedule a Continued Settlement Conference, seeking a date in accordance with his and the parties' availability, following as closely as possible the December 14 hearing date on the parties' motions;

6  WHEREAS, for purposes of efficiency, the parties intended for the stipulated deadline for Plaintiff to depose Defendant's Rebuttal Expert (December 18, 2009) to take place *after* the hearing date on Plaintiff's motion to exclude Defendant's Rebuttal Expert (December 14, 2009) and, if possible, *after* the Continued Settlement Conference with Judge Vadas;

10  WHEREAS, on November 30, 2009, the parties were notified that the hearing date for Plaintiff's motion has been moved to December 21, 2009 (Dkt. No. 110);

12  WHEREAS, the parties have now learned that Judge Vadas' earliest available date for a settlement conference is during the first week of February, 2010;

14  WHEREAS, the parties agree that to avoid unnecessary expense, the deadline for Plaintiff to depose Defendant's Rebuttal Expert should be re-scheduled to occur after the Court's ruling on Plaintiff's pending motion, and after the settlement conference with Judge Vadas;

17  WHEREAS, moving this deadline will not affect any other pending deadlines in this matter.

19  NOW, THEREFORE, THE PARTIES AGREE AND STIPULATE that the deadline for Plaintiff to depose Defendant's Rebuttal Expert, if necessary, shall be February 26, 2010.

Respectfully submitted,

DATED: December 10, 2009          COBLENTZ, PATCH, DUFFY & BASS LLP

By:  */s/ Julia D. Greer*
     JULIA D. GREER

     Attorneys for Plaintiff
     PIERRE LEBON HOFFMAN

13563.001.1277605v2                                                  Case No. C 06-02248 JW (PR)

**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR DEPOSITION OF DEFENDANT'S REBUTTAL EXPERT**

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 · FAX 415.989.1663

DATED: December 9, 2009

EDMUND G. BROWN JR.
ATTORNEY GENERAL OF THE STATE OF CALIFORNIA

PAUL T. HAMMERNESS
Supervising Deputy Attorney General

By: */s/ Troy B. Overton*
TROY B. OVERTON
Deputy Attorney General

Attorneys for Defendant
DR. CHARLES D. LEE

**IT IS SO ORDERED**

DATED: December 14, 2009

By: _____
Hon. JAMES WARE
United States District Judge
Northern District of California

13563.001.1277605v2

Case No. C 06-02248 JW (PR)

**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR DEPOSITION OF DEFENDANT'S REBUTTAL EXPERT**

<u>ATTESTATION PER GENERAL ORDER 45, § X.B.</u>

I hereby attest that Troy B. Overton, counsel for Defendant, concurs in the filing of this document, and that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

DATED: December 10, 2009              COBLENTZ, PATCH, DUFFY & BASS LLP


By:   <u>/s/ Julia D. Greer</u>
        JULIA D. GREER
        Attorneys for Plaintiff
        PIERRE LEBON HOFFMAN

Coblentz, Patch, Duffy & Bass LLP
One Ferry Building, Suite 200, San Francisco, California 94111-4213
415.391.4800 · Fax 415.989.1663

13563.001.1277605v2                                                   Case No. C 06-02248 JW (PR)

**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR DEPOSITION OF DEFENDANT'S REBUTTAL EXPERT**