**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**\*E-FILED\***
**TIME TOTAL:** 2 hrs 7 mins (select); 2 hrs 53 mins (trial)

**CIVIL MINUTES - JURY TRIAL**

| | |
|---|---|
| **Judge:** James Ware | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:** March 2, 2010 | **Court Reporter:** Summer Clanton |
| **Case No:** C-06-02248 JW | **Interpreter:** N/A |

**TITLE**

**Pierre LeBon Hoffman v. Dr. Charles Lee**
Attorney(s) for Plaintiff(s): Jonathan Bass, Julia Greer, Mario Moya
Attorney(s) for Defendant(s): Troy Overton, Kay Yu

**PROCEEDINGS**

1. Jury Selection
2. Jury Trial Session 1

**ORDER AFTER HEARING**

9:24 AM: Hearing prior to prospective jurors.
9:30 AM: End of hearing, prospective jurors summoned.
9:35 AM: The Court calls counsel into chambers for a hearing outside of the panel, unreported.
9:40 AM: Hearings resume on the record for beginning of jury selection. The Clerk calls prospective jurors to the jury box. The Court begins voir dire of panel and replaces any challenged jurors until a time qualified panel is met. The Court hears further hardships and challenges for cause of the prospective panel and replaces any challenged jurors as necessary.
10:40 AM: The Court takes a mid morning recess.
10:54 AM: Proceedings resume. The Court calls on Plaintiff counsel for voir dire of the panel.
11:16 AM: End of Plaintiff's voir dire, the Court calls on Defense counsel for voir dire.
11:25 AM: End of Defense voir dire. The Court holds a side bar conference for any additional challenges before counsel starts peremptory challenges. No further challenges for cause, the parties exercise peremptory challenges. The Court stands in recess pending peremptory challenges.
11:40 AM: Proceedings resume. The Court holds brief side bar regarding the eight unchallenged jurors. The Court instructs the clerk to call the first eight unchallenged jurors for service. The Court inquires of any further hardships or challenges for cause for service. The panel is sworn for service and dismissed for the lunch recess.
11:45 AM: Proceedings end. The Court takes the lunch recess.
1:07 PM: Proceedings resume. The Court gives opening instructions.
1:21 PM: Opening instructions conclude. The Court calls on Plaintiff counsel for opening statements.
1:50 PM: Plaintiff's opening statements conclude. The Court calls on Defense counsel for opening statements.
2:05 PM: Defense's opening statements conclude. The Court calls on Plaintiff to call their first witness. The Plaintiff calls Pierre LeBon Hoffman for direct examination.
2:35 PM: The Court dismisses the jury for the mid afternoon recess and holds a further hearing outside the presence of the jury.
2:40 PM: Hearing concludes, the Court takes the mid afternoon recess.
2:54 PM: Proceedings resume with the direct examination of Plaintiff.
3:35 PM: End of direct examination of Plaintiff, begin cross examination of Plaintiff.
4:00 PM: Jury dismissed for the day; the Court holds further hearing outside the presence of the jury.
4:05 PM: Proceedings conclude for the day.

**Further Jury Trial set for March 3, 2010 at 9:00 AM.**

**Exhibits Into Evidence:**
18-2, 23, 40, 44, 70, 110, 126, 52, 85, 15, 17, 25, 27, 28, 34,
55, 54, 57, 62, 75, 94, 139, 113, 112, 108, 96, 141, 42, 143, 148,
154, 156, 158, 163

Elizabeth C. Garcia
Courtroom Deputy
CC: